UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
Dec 04, 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2441

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −23)**

On June 12, 2013, the Panel transferred 28 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2013). Since that time, 186 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W Frank.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 12, 2013, and, with the consent of that court, assigned to the Honorable Donovan W Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 2 sheet(s) of the electronic record filed on _____ in the United States District Court for the District of Minnesota.

CERTIFIED 12/4, 20 13.

BY: _____

IN RE: STRYKER REJUVENATE AND ABG II
HIP IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2441

### SCHEDULE CTO-23 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 13-02360 | Korsen, et al. v. Howmedica Osteonics Corp. 13cv3315 DWF/FLN |
| **ILLINOIS CENTRAL** | | | |
| ILC | 1 | 13-01540 | Meyer et al v. Howmedica Osteonics Corporation et al 13cv3316 DWF/FLN |
| ILC | 1 | 13-01547 | Sanders et al v. Howmedica Osteonics Corporation d/b/a Stryker Orthopaedics et al 13cv3317 DWF/FLN |
| ILC | 1 | 13-01548 | Peterson et al v. Howmedica Osteonics Corporation et al 13cv3318 DWF/FLN |
| ILC | 1 | 13-01549 | McDowell et al v. Howmedica Osteonics Corporation d/b/a Stryker Orthopaedics et al 13cv3319 DWF/FLN |
| **MASSACHUSETTS** | | | |
| MA | 1 | 13-12924 | Simonelli et al v. Howmedica Osteonics Corporation 13cv3320 DWF/FLN |
| **OHIO SOUTHERN** | | | |
| OHS | 2 | 13-01182 | Pickenpaugh et al v. Stryker Corporation et al 13cv3321 DWF/FLN |